**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000119
23-MAY-2013
11:25 AM**

NO. CAAP-13-0000119

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MAUKA FIT TWENTY LLC, Complainant-Appellant, v.
HAWAIIAN ELECTRIC COMPANY, INC., Respondent-Appellee

APPEAL FROM THE PUBLIC UTILITIES COMMISSION
STATE OF HAWAI'I,
(DOCKET NO. 2012-0330)

ORDER APPROVING COMPLAINANT-APPELLANT'S
APRIL 30, 2013 STIPULATION FOR DISMISSAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal filed May 10, 2013, by Complainant-Appellant Mauka Fit Twenty LLC, and the record, it appears that: (1) the parties stipulate to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b); and (2) in compliance with HRAP Rule 42(b), the stipulation is dated, signed by counsel for all parties, and specifies that each party shall bear its own appellate costs and attorneys' fees. Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own appellate costs and attorneys' fees.

DATED: Honolulu, Hawai'i, May 23, 2013.

Chief Judge

Associate Judge

Associate Judge